UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CASE NO. 05-80228
HON. LAWRENCE P. ZATKOFF

ANTONIO CHAMBERS,

    Defendant.
_____/

**OPINION AND ORDER**

Petitioner has filed a "Motion for Relief from Judgment or Order under Federal Rules of Civil Procedure Rule 60(b)(6)" (Docket #29). The Court notes that Petitioner was sentenced to a term of imprisonment of 108 months on February 9, 2006, for possession of controlled substance with intent to distribute, including a two level enhancement for possessing a firearm in furtherance. Petitioner asks the Court to revisit that two level enhancement in the instant Motion.

In reviewing the docket, the Court finds that Defendant failed to file an appeal of his sentence and concludes that the instant motion is untimely. In reviewing the file, the Court finds that Defendant's claim is meritless. Finally, a motion for relief from judgment pursuant to the Federal Rules of **Civil** Procedure is not an appropriate vehicle by which to challenge a criminal sentence.

Accordingly, for the foregoing reasons, the Court DENIES Petitioner's Motion.

IT IS SO ORDERED.

                                                    s/Lawrence P. Zatkoff
                                                    LAWRENCE P. ZATKOFF
                                                    UNITED STATES DISTRICT JUDGE

Dated: July 9, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 9, 2007.

                                                    s/Marie E. Verlinde
                                                    Case Manager
                                                    (810) 984-3290