**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES
OF AMERICA,

      Respondent,               CRIMINAL ACTION NO. 05-CR-80228-DT

vs.

                                    DISTRICT JUDGE LAWRENCE P. ZATKOFF

ANTONIO CHAMBERS,          MAGISTRATE JUDGE MONA K. MAJZOUB

      Movant.
_____/

## SCHEDULING ORDER

      This matter comes before the Court on Movant's Motion to Amend/Correct Judgment (docket no. 37) and his Motion to Vacate Sentence (docket no. 38).  These motions have been referred to the undersigned for a report and recommendation.  (Docket no. 42).

      The Government shall file a Response to both of these motions on or before October 14, 2009.  Movant may file a Reply brief of not more than 5 pages within 11 days of the filing of the Government's Response.

      **IT IS SO ORDERED.**

-1-

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated:   8/17/09                    s/Mona K. Majzoub
                                    MONA K. MAJZOUB
                                    UNITED STATES MAGISTRATE JUDGE