UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Respondent,

vs.                                            CASE NO.: 05-80228
                                              HON. LAWRENCE P. ZATKOFF

ANTONIO CHAMBERS,

      Movant.

_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      This matter is before the Court on Movant's Motion for Clarification and Amendment of Judgment and Commitment Order (Docket #37) and Movant's Motion to Vacate Sentence (Docket #38). The Court is also in receipt of Magistrate Judge Mona K. Majzoub's Report and Recommendation (Docket #46), wherein the Magistrate Judge recommends that Movant's Motions be denied.

      After a thorough review of the court file, Movant's Motions, the Report and Recommendation and Movant's timely objections to the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

      Therefore, for the reasons stated above, the Court DENIES Motion for Clarification and Amendment of Judgment and Commitment Order (Docket #37) and Movant's Motion to Vacate Sentence (Docket #38).

2

IT IS SO ORDERED.

        S/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated: February 5, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 5, 2010.

        S/Marie E. Verlinde
        Case Manager
        (810) 984-3290